# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

STEPHEN A. ELEY    Plaintiff(s),

vs.

BRECK SCHOOL

Case No. __24-cv-531 (JWB/TNL)__
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☑    NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

**RECEIVED**
FEB 20 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name STEPHEN A. ELEY

   Street Address 2100 BRYANT AVE. SO # 206, HENNEPIN

   County, City MPLS: MINNEAPOLIS

   State & Zip Code 55405

   Telephone Number (612) 437-9591

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

Name BRECK SCHOOL

Street Address 123 OTTAWA AVE N.

County, City HENNEPIN, GOLDEN VALLEY

State & Zip Code MINNESOTA 55422

b. Defendant No. 2

Name

Street Address

County, City

State & Zip Code

c. Defendant No. 3

Name

Street Address

County, City

State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached:☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

2

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☑ Federal Question        ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:                    State of Citizenship:

   Defendant No. 1:                   State of Citizenship:

   Defendant No. 2:                   State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   ☑ Defendant(s) reside in Minnesota   ☑ Facts alleged below primarily occurred in Minnesota

   ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7.  Please write each single set of circumstances in a
separately numbered paragraph.

7.  I'M SEEKING RELIEF FROM VIOLATION OF MY CIVIL RIGHTS, EASE DROPPING, AND INVASION OF PRIVACY IN ADDITION, TO POSSIBLY OTHER CHARGES. SUCH AS, WRONGFUL TERMINATION AND, CONSPIRACIE TO COMMITE SUCH ACTS.

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to as Additional Facts and continue to number the
paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any,
you are seeking.  AN APOLOGY. FROM CERTIAN PUBLIC OFFICIALS. IN ADDITION, TO A MONETARY AMOUNT OF $480.000.

4

Signed this _20_    day of _FEB 20 24_

Signature of Plaintiff _Alex Ren C Eley_

Mailing Address _2100 RPYANT AVE S07/J06_
_MINNEAPOLIC, MN SC4U5_

Telephone Number _(612) 437 - 9591_

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.